IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| CHRISTOPHER DAVIS, | § | |
| | § | No. 154, 2014 |
| Defendant-Below, | § | |
| Appellant, | § | Court Below: Superior Court |
| | § | of the State of Delaware in |
| v. | § | and for New Castle County |
| | § | |
| STATE OF DELAWARE, | § | |
| | § | |
| Plaintiff-Below, | § | |
| Appellee. | § | |

Submitted: October 8, 2014
Decided: October 8, 2014

Before **STRINE**, Chief Justice, **RIDGELY** and **VALIHURA**, Justices.

## O R D E R

This 8th day of October 2014, upon consideration of the briefs of the parties and the record in this case, it appears to the Court that:

Appellant seeks reversal of the judgment of conviction entered against him. We have considered the arguments he now makes and conclude that they lack merit, and affirm for the reasons set forth by the Superior Court in its decision and order of February 28, 2014. The judgment of conviction is therefore AFFIRMED.

BY THE COURT:

/s/ Leo E. Strine, Jr.
Chief Justice